## Laura L. Doll, Appellee, v. Continental Illinois National Bank and Trust Company of Chicago, Executor of Last Will and Testament of Charles T. Stevens, Deceased et al., Appellants.

Gen. No. 43,269.

Heard in the second division, first district, this court at the December term, 1944; opinion filed May 29, 1945; released for publication June 14, 1945. Ernest A. Eklund, for appellants; John N. Thornburn, of counsel; Reuel H. Grunewald and Robert F. Kolb, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.